**Appeal Dismissed and Memorandum Opinion filed August 15, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-19-00494-CV

---

## CAMELL RAY ALLISON, JR., INDIVIDUALLY AND D/B/A M&I ALLISON, Appellant

## V.

## LOPEZ AND ALANIS, LLC D/B/A ALL DIESEL, Appellee

---

**On Appeal from County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1093240**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed February 20, 2019. The notice of appeal was filed March 24, 2019. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record. On June 21, 2019, the court notified all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record

and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No such proof has been filed.

Accordingly, the appeal is **DISMISSED**. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.